IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

PHYSICIANS PHARMACEUTICALS, INC., )
                                                  )
           Plaintiff,   )
                                    )
     v.                   )     1:06CV687
                                    )
NATIONAL ENZYME COMPANY,     )
                                    )
           Defendant.   )

**O R D E R**

On April 2, 2007, the United States Magistrate Judge's Recommendation was filed and notice was served on the parties pursuant to 28 U.S.C. § 636.  No objections were filed within the time limits prescribed by Section 636.

Therefore, the Court need not make a <u>de novo</u> review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS THEREFORE ORDERED AND ADJUDGED** that Defendant's motion to transfer this case to the Western District of Missouri (docket no. 11) be, and the same hereby is, denied.

                                            /s/ James A. Beaty
                                        United States District Judge

June 1, 2007